UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-0756 FMO (MRWx) | Date | July 27, 2015 |
|---|---|---|---|
| Title | Sergio Pina v. Jason Schwab et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Service

On May 19, 2015, the court ordered Sergio Pina ("plaintiff" or "Pina") to show cause as to why the instant action should not be dismissed for plaintiff's failure to prosecute. (See Court's Order of May 19, 2015). On May 28, 2015, plaintiff filed proofs of service of the summons and complaint upon defendants Jason Schwab, Robert Heiserman, and the City of Los Angeles ("City"). The following day, plaintiff's counsel filed the Declaration of Melanie T. Partow in Response to Order to Show Cause Re: Dismissal Re: Lack of Prosecution ("Partow Decl."), explaining the reasons that plaintiff had been unable to serve defendant Victor Pappas ("Pappas"). (See Partow Decl. at ¶ 5). The court then discharged the Order to Show Cause and ordered the City, no later than June 15, 2015, either to accept service on behalf of Pappas or provide plaintiff's counsel with all addresses for Pappas in the City's possession. (See Court's Order of June 4, 2015).

More than 30 days have passed since the City was to have provided plaintiff with the information it needed in order to effect service upon Pappas. However, no proof of service has been filed.

Based on the foregoing, IT IS ORDERED THAT no later than **Monday, August 3, 2015**, plaintiff shall file proof of service of the summons and complaint on Pappas. Failure to file the proof of service by August 3, 2015, shall result in the dismissal of defendant Pappas from the action.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |